David Bortman, Cal. Bar #145732
433 N. Camden Drive, Suite 600
Beverly Hills, CA 90210
Telephone: (310)288-1980
Facsimile: (310)288-1981
Email address: davesq@earthlink.net

Attorney for Defendant Dalton Menzies

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-921 |
| ) | |
| Plaintiff, ) | NOTICE OF |
| ) | NON-REAPPOINTMENT OF |
| v. ) | COUNSEL TO CJA PANEL |
| ) | |
| DALTON MENZIES, ) | |
|  (and Antoine Mercadel) ) | |
| Defendant. ) | |
| _____) | |

    David Bortman, a member of the CJA Indigent Panel Attorney for the United States District Court for the Central District of California hereby gives notice that his term of membership has expired, and he has not been reappointed to the Panel.  Therefore, unless the assigned judge permits or orders that he remain counsel of record for this case, he will be replaced by another panel attorney.  Until a successor attorney has been appointed, the initial attorney must continue to represent the client.

– 1 –

– 2 –

1     The Court can order that counsel may continue to represent the client,
2 provided that his not being reappointed to the Panel was not the result of
3 disciplinary proceedings or from a failure to provide representation in the
4
5 manner required by the Sixth Amendment.
6     The client may request the Court to allow the attorney to continue to
7 represent him.
8
9
10 Dated: December 3, 2011     _____/S/__electronic signature
                                                  David Bortman,
11                                                 Attorney for Defendant
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28